IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SIAKI TAVALE,<br><br>    Defendant. | Case No.: CR 18-506-BLF-3<br><br>**ORDER APPOINTING COUNSEL** |

Pursuant to 18 U.S.C. § 3005, this Court hereby appoints Mr. Richard Novak as Lead Counsel and Mr. Sean Kennedy as Learned Counsel to represent Siaki Tavale, a defendant in the above-entitled case.

If the Attorney General of the United States decides not to authorize the death penalty for the defendant, the Court may revisit the need for Learned Counsel and the amount of the hourly rate paid to Lead Counsel.

The appointments shall be effective *nunc pro tunc* to the date of any work begun by counsel.

IT IS SO ORDERED.

May 6, 2021
    Dated

BETH L. FREEMAN
United States District Judge

ORDER APPOINTING COUNSEL
*TAVALE*, 18-506 BLF